# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**GERMAN WILLIAMS**
ADC #88941                                                                                    **PLAINTIFF**

v.                          No. 5:16-cv-284-DPM-PSH

RORY GRIFFIN, Deputy Director,
Health & Correctional Programs, ADC;
CORRECT CARE SOLUTIONS (CCS),
ADC Health Care Provider; WANDA
SUGGS, Health Services Administrator,
Randall L. Williams Unit, ADC; and
LASONYA GRISWOLD, Nurse Practitioner
(APN), Cummins Unit Infirmary, ADC                                    **DEFENDANTS**

## ORDER

Unopposed recommendation, № 24, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, № 8, granted in part and denied in part. Williams's official-capacity claim for damages against Griffin is dismissed with prejudice. The motion is otherwise denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2017