# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**GERMAN WILLIAMS,**
**ADC # 88941**                                                    PLAINTIFF

v.                         No. 5:16-cv-284-DPM

**RORY GRIFFIN, Deputy Director,**
**Health & Correctional Programs,**
**Arkansas Department of Correction;**
**CORRECT CARE SOLUTIONS,**
**ADC Health Care Provider;**
**WANDA SUGGS, Health Services**
**Administrator, Randall L. Williams**
**Unit, ADC;   and LASONYA GRISWOLD,**
**Nurse Practitioner (APN), Cummins**
**Unit Infirmary, ADC**                                       DEFENDANTS

## ORDER

Unopposed recommendation, № 49, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The motions for summary judgment, № 25 & № 28, are granted. Williams's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 November 2017