IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GERMAN WILLIAMS,
ADC # 88941                                                          PLAINTIFF

v.                          No. 5:16-cv-284-DPM

RORY GRIFFIN, Deputy Director,
Health & Correctional Programs,
Arkansas Department of Correction;
CORRECT CARE SOLUTIONS,
ADC Health Care Provider;
WANDA SUGGS, Health Services
Administrator, Randall L. Williams
Unit, ADC;   and LASONYA GRISWOLD,
Nurse Practitioner (APN), Cummins
Unit Infirmary, ADC                                                  DEFENDANTS

## JUDGMENT

Williams's complaint, № 2, is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

30 November 2017